UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| JEFFREY STONE and ASHLEY GREEN, individually and on behalf of others similarly situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 2:23-cv-00137-LEW |
| HMSHOST CORPORATION, | ) | |
| Defendant. | ) | |

**ORDER APPROVING COLLECTIVE ACTION SETTLEMENT**

This matter came before the Court on the Joint Motion for Approval of Collective Action Settlement by Named Plaintiffs Jeffrey Stone and Ashley Green ("Named Plaintiffs") and Defendant HMSHost Corporation ("HMSHost" or "Defendant") (together, the "Parties") (ECF No. 33). Having considered the papers submitted by the Parties, the record in this case, and after hearing argument, THE COURT FINDS AND ORDERS AS FOLLOWS:

1. The Court has jurisdiction over the subject matter of this case and the Parties.

2. The Parties have reached an agreement to settle all claims in this case.

3. For settlement purposes and pursuant to 29 U.S.C. § 216(b), the Named Plaintiffs are similarly situated to the individuals employed by HMSHost at the Portland International Jetport from January 1, 2021, to May 1, 2024, who worked at least 50 hours in the position of Cocktail Server and/or Bartender ("Eligible Settlement Collective Members").

4. The Court grants collective action certification as to the Eligible Settlement Collective Members for settlement purposes.

5. The proposed settlement is a fair and reasonable resolution of a bona fide dispute between the Parties.

6. The proposed settlement is fair, reasonable, and adequate to the Named Plaintiffs and the Eligible Settlement Collective Members; is in their best interests; and is in full compliance with all requirements of due process and applicable law.

7. The Settlement Agreement and Stipulation between the Parties is approved in all respects, and its terms and provisions shall be consummated. The Parties shall proceed in accordance with the terms of the Settlement Agreement and Stipulation, and shall comply with its terms.

8. The Court approves the forms attached to the Settlement Agreement and Stipulation as Exhibits A-C, and approves the notice plan (including the process of opting in to this settlement) set forth in the Settlement Agreement and Stipulation.

9. The Court approves the releases set forth in the Settlement Agreement and Stipulation, and in Exhibits A-C thereto.

10. The Court appoints Borealis Law PLLC as the Settlement Administrator in this case.

11. The Court approves Service Awards of $5,000.00 (Five Thousand Dollars) to Named Plaintiff Jeffrey Stone and $5,000.00 (Five Thousand Dollars) to Named Plaintiff Ashley Green.

12. The Court approves an award of attorneys' fees and costs in the amount of $33,250 (Thirty-Three Thousand Two Hundred Fifty Dollars).

13. The Court dismisses this action on the merits and with prejudice and permanently enjoins all participating members of the Settlement Collective from prosecuting against Defendant and the Releasees defined in the Settlement Agreement and Stipulation any Released claims on the Effective Date, which is 33 days from the entry of this Order, unless appealed.

14. The Court retains jurisdiction to enforce the Settlement Agreement and Stipulation.

**SO ORDERED.**

Dated this 26th day of September, 2024.

/s/ Lance E. Walker
Chief U.S. District Judge